IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL MARTIN**
ADC #098433                                              PLAINTIFF

v.               No. 5:17-cv-338-DPM-PSH

**SUSAN POTTS**, Administrator,
Drew County Jail, and **MARK
GOBER**, Sheriff, Drew County Jail           DEFENDANTS

### ORDER

Martin hasn't responded to Magistrate Judge Harris's partial recommendation; his mail is being returned undelivered. № 32. Unopposed partial recommendation, № 31, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Martin's motion for summary judgment, № 26, is denied without prejudice as premature. As Magistrate Judge Harris noted, the Court will dismiss Martin's complaint without prejudice if he doesn't update his address with the Court by 4 October 2018. № 33; LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2018