IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL MARTIN                                                      PLAINTIFF

v.                       No. 5:17-cv-338-DPM-PSH

SUSAN POTTS, Administrator,
Drew County Jail; and MARK
GOBER, Sheriff, Drew County                                        DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Martin hasn't filed a free-world application to proceed *in forma pauperis*; and the time to do so has passed. № 38. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2018