IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL MARTIN     PLAINTIFF

v.     No. 5:17-cv-338-DPM

SUSAN POTTS, Administrator,
Drew County Jail; and MARK
GOBER, Sheriff, Drew County     DEFENDANTS

## JUDGMENT

Martin's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 November 2018